GUSTAVO MARCANO, como padre con patria potestad sobre su menor hijo Casimiro Marcano, demandante y apelado, *v.* ZOILO MÉNDEZ, demandado y apelante.

No. 3836.—*Visto:* Enero 25, 1926. *Resuelto:* Marzo 31, 1926.

1. APELACIÓN Y ERROR—RECORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RECORD—CONTENIDO, PREPARACIÓN Y APROBACIÓN DE LA EXPOSICIÓN DEL CASO O RELACIÓN DE HECHOS—TRANSCRIPCIÓN DE LA EVIDENCIA—TÉRMINO PARA PRESENTARLA — PRÓRROGA — RESOLUCIÓN NEGATORIA DE, COMO RES JUDICATA.—Cuando no se apela una resolución negando prórroga del término para el taquígrafo presentar la transcripción de la evidencia, la actuación de la corte se debe considerar como cosa juzgada al considerarse moción sobre desestimación del recurso por no haberse radicado los autos del caso, en la vista de cuya moción se solicitó se permitiera la radicación de dicha transcripción.

2. APELACIÓN Y ERROR—RECORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RECORD—NECESIDAD DEL PLIEGO DE EXCEPCIONES, EXPOSICIÓN DEL CASO O RELACIÓN DE HECHOS—SU AUSENCIA Y EFECTO—EN GENERAL.—Cuando no existe pliego de excepción o transcripción de la evidencia, la falta debe imputarse al apelante y no al taquígrafo.

MOCIÓN sobre desestimación de apelación presentada por el apelado. *Desestimada la apelación.*

*Fernando B. Fornaris,* abogado del apelante; *Luis Pereyó, Jr.,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En un caso en el cual una apelación fué establecida en 22 de mayo de 1925, y concedidas varias prórrogas para preparar la transcripción taquigráfica de la prueba de acuerdo

con las leyes de 1917 y 1919, en 10 de diciembre, 1925, el apelante presentó una moción a la Corte de Distrito de Humacao para que se ordenara al taquígrafo finalmente que transcribiese dichas notas. La corte ordenó al taquígrafo presentar sus notas sin demora. En 9 de enero de 1926, aparentemente cuando la última prórroga estaba para expirar, el taquígrafo solicitó otra prórroga debido a su intenso trabajo y a la amplitud de la prueba en dicho caso. La corte en 12 de febrero de 1926 declaró sin lugar la moción del taquígrafo. El apelante alega que había ofrecido o pagado al taquígrafo sus honorarios y hecho todo lo que estaba a su alcance para acelerar el caso.

Este es un caso donde la corte ejercitando su discreción se negó a ampliar el término del taquígrafo. No se interpuso apelación contra la resolución de la corte negándose a prorrogar el término. Posiblemente hubiéramos podido revisar la discreción si tal apelación hubiera sido interpuesta. En vista de los hechos, la actuación de la corte debe ser considerada como cosa juzgada.

El apelado ha solicitado la desestimación del recurso porque los autos del caso no han sido radicados. El apelante alega que de acuerdo con la ley de 1919 la demora del taquígrafo no debe privar al apelante de su derecho de apelación, pero frecuentemente hemos resuelto que cuando no existe pliego de excepciones o transcripción de la evidencia la falta debe ser imputada al apelante.

En la vista el abogado hizo cierta petición a esta corte para que ejercitase su discreción a fin de permitir la radicación de las notas taquigráficas, pero, como hemos dicho, en este caso está envuelto el uso de la discreción de la corte sentenciadora y no se interpuso ninguna apelación contra la resolución negando la prórroga.

*Debe desestimarse la apelación.*